# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF SOUTH CAROLINA, GREENVILLE DIVISION

| | |
|---|---|
| DAVID PILL, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>SPAN-AMERICA MEDICAL SYSTEMS, INC., THOMAS D. HENRION, JAMES D. FERGUSON, RICHARD C. COGGINS, ROBERT H. DICK, THOMAS F. GRADY, JR., DAN R. LEE, DR. LINDA D. NORMAN, TERRY ALLISON RAPPUHN, THOMAS J. SULLIVAN, SAVARIA CORPORATION, and SAVARIA (SC), INC.<br><br>    Defendants. | Civil Action No. 6:17-cv-01375-MGL |

## STIPULATION AND ORDER CLOSING AND TERMINATING THE ACTIONS

WHEREAS, on July 11, 2017, the Court entered an Order dismissing without prejudice the complaint in the above-captioned action and retaining jurisdiction solely for considering any application for an award of attorneys' fees and expenses;

WHEREAS, the parties have reached agreement with respect to payment of attorneys' fees and expenses, in full satisfaction of any claims for attorneys' fees or expenses in the above-captioned action or in any of the following related actions: *Berger v. Span-America Medical Systems, Inc., et al.*, C.A. No. 6:17-cv-01399-MGL (D.S.C.), or *Porter v. Span-America Medial Systems, Inc. et al.*, C.A. No. 6:17-cv-01357-MGL (D.S.C.);

There being no further issue for the Court to consider, the Court, at the request of the parties, hereby issues the following order:

1. The above-captioned action is terminated and administratively closed, with the Court no longer retaining jurisdiction to consider any application for an award of attorneys' fees and expenses.

Dated: September 5, 2017  **CULBERTSON LAW OFFICE, LLC**

___s/ Hannah Rogers Metcalfe_____
Manning Y. Culbertson, Fed. ID: 5156
707 E. North Street
Greenville, SC 29601
Tel: (864) 233-8282
Email: mculbertson@myclawyer.com

Hannah Rogers Metcalfe, Fed. ID: 9943
METCALFE & ATKINSON, LLC
9 Toy Street
Greenville, SC 29601
Tel: (864) 214-2319
Email: hmetcalfe@malawfirmsc.com

Carl L. Stine (*pro hac* motion to be filed)
Robert S. Plosky (*pro hac* motion to be filed)
**WOLF POPPER LLP**
845 Third Avenue
Tel: (212) 759-4600
Fax: (212) 486-2093
Email: cstine@wolfpopper.com
rplosky@wolfpopper.com

*Counsel for Plaintiff*


**WYCHE P.A.**

Dated: September 5, 2017  By:  */s/ Wallace K. Lightsey*
Wallace K. Lightsey (D.S.C. Bar. No. 1037)
Eric K. Graben (D.S.C. Bar No. 7344)
44 East Camperdown Way
Greenville, South Carolina 29601
Telephone: (864) 242-8200
Facsimile: (864) 235-8900
Email: wlightsey@wyche.com

egraben@wyche.com

*Of Counsel:*

**COOLEY LLP**

Peter Adams (Cal. Bar No. 243926)
Koji Fukumura (Cal Bar No. 189719)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6059
Facsimile: (858) 550-6420
Email: padams@cooley.com
kfukumura@cooley.com

*Counsel for Defendants*

SO ORDERED this 6th day of September, 2017

s/Mary Geiger Lewis
THE HONORABLE MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE